METINER G. KIMEL – WSBA 21280
KIMEL LAW OFFICES
205 N 40th Ave., Suite 205
Yakima, WA  98902
Telephone:  (509) 452-1115
Facsimile:  (509) 452-1116

Counsel for the Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>River-Bluff Enterprises, Inc.<br><br>Debtor. | Case No. 14-00843<br><br>**ORDER CONFIRMING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION, AS MODIFIED**<br><br>[11 U.S.C. § 1129]<br><br>**Confirmation Hearing:**<br><br>DATE: March 26, 2015<br>TIME:     10:00 a.m.<br>PLACE: Telephonic 509-353-3192 |

    The matter of the hearing on confirmation of the Debtor's Second Amended Plan of Reorganization, As Modified in the case of <u>In re River-Bluff Enterprises, Inc.</u>, Case No. 14-00843 came before the Honorable Frank L. Kurtz on March 26, 2015 at 10:00 a.m..  Metiner G. Kimel appeared as counsel for the River-Bluff Enterprises, Inc., the debtor and debtor in possession (referred to hereafter as the "Debtor").  Other appearances are as noted in the record.

Based upon the Court's Findings and Conclusions, the Court now orders as follows:

ORDERED:

1. The Debtor's Second Amended Chapter 11 Plan Of Reorganization [Docket No. 260], as modified by the Order Granting the Motion : 1) Approving Modification To Debtors' Chapter 11 Plan Of Reorganization; And; 2) Determining That The Modification To The Chapter 11 Plan Of Reorganization Is Deemed Accepted By Creditors And Equity Security Holders Who Have Previously Accepted The Plan [Docket No. 314], is confirmed.

END OF ORDER

Presented by:
METINER G. KIMEL,
Counsel for the Debtor and Debtor in Possession