```
                         United States Bankruptcy Court
                         Eastern District of Washington
In re:                                                       Case No. 14-00843-FLK
River-Bluff Enterprises Inc.                                 Chapter 11
       Debtor              CERTIFICATE OF NOTICE
District/off: 0980-2          User: nydiau              Page 1 of 2          Date Rcvd: Apr 13, 2015
                              Form ID: ntccpln          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2015.
db          +River-Bluff Enterprises Inc.,    1442 St. Francis Avenue,    Modesto, CA 95356-9129
smg         +Attorney General's Office,    Bankruptcy & Collections Unit,    800 Fifth Avenue, Suite 2000,
              Seattle, WA 98104-3188
smg          State of Washington,   Department of Revenue,    2101 4th Ave, Ste 1400,
              Seattle, WA 98121-2300
cr          +Huff Construction Co Inc,    4917 Stoddard Rd,    Modesto, CA 95356-9389
cr          +Roger Haney, et ux, et al,    c/o Larson Berg & Perkins,    105 North Third Street,
              Yakima, WA 98901-2704
cr         #+U.S. Bank N.A.,    c/o John R. Knapp, Jr.,   Miller Nash LLP,    4400 Two Union Square,
              601 Union Street,    Seattle, WA 98101-1367
3568131     +Alpine Townhouse Apartments, LLC,    1442 St Francis Avenue,    Modesto, CA 95356-9129
3626797     +Andrew J Nazar,    Polsinelli PC,   900 West 48th Place, Suite 900,
              Kansas City, Missouri 64112-1899
3612456     +Ball Janik LLP,    c/o David W Criswell,   101 SW Main St Ste 1100,    Portland OR 97204-3219
3568132    #+Berkadia Commercial Mortgage LLC,    118 Welch Road,    Horsham, PA 19044-2256
3568133     +Bryon and Rose Haney,    4710 Denmark Road,    Ellensburg, Wa 98926-8417
3568139      Eric and Sue Layman,    1572 St. Francis Avenue,    Modesto, Ca 95356
3568144      JP Morgan Chase Bank, N.A.,    PO Box 24696,    Columbus, OH 43224-0696
3568146      Key Bank NA,   PO Box 49468,    Cleveland, OH 44101
3568152     +Marcus Haney,    2243 Kaufman Road,   Oakdale, CA 95361-8008
3568147     +Marcus and Jeanette Haney,    2243 Kaufman Road,    Oakdale, Ca 95361-8008
3612454     +Revitalization Partners, L.L.C.,    c/o David W Criswell,    Ball Janik LLP,
              101 SW Main St Ste 1100,    Portland OR 97204-3219
3568153     +Roger and Marleta Haney,    1442 St Francis Avenue,    Modesto, Ca 95356-9129
3568158      U.S. Bank, N.A.,   PO Box 790401,    Saint Louis, MO 63179-0401
3568159     +U.S. Bank, N.A. - Special Assets Group,    Attn: Alan R. Milster,    SL-MO-T7CP,
              One U.S. Bank Plaza,    St Louis, MO 63101-1612
3575928    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,     P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
3612453     +c/o David W Criswell,    101 SW Main St Ste 1100,    Portland OR 97204-3219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: cio.bncmail@irs.gov Apr 14 2015 01:39:24     Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
smg         +E-mail/Text: LAROBankruptcy@SEC.gov Apr 14 2015 01:39:31     Securities & Exchange Commission,
              Attn: Bankruptcy Counsel,    5670 Wilshire Blvd 11th Floor,    Los Angeles, CA 90036-5627
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3568138      Debtor is not a tenant of any real prope
3568134*    +Bryon and Rose Haney,    4710 Denmark Road,    Ellensburg, Wa 98926-8417
3568135*    +Bryon and Rose Haney,    4710 Denmark Road,    Ellensburg, Wa 98926-8417
3568136*    +Bryon and Rose Haney,    4710 Denmark Road,    Ellensburg, Wa 98926-8417
3568137*    +Bryon and Rose Haney,    4710 Denmark Road,    Ellensburg, Wa 98926-8417
3568140*     Eric and Sue Layman,    1572 St. Francis Avenue,    Modesto, Ca 95356
3568141*     Eric and Sue Layman,    1572 St. Francis Avenue,    Modesto, Ca 95356
3568142*     Eric and Sue Layman,    1572 St. Francis Avenue,    Modesto, Ca 95356
3568143*     Eric and Sue Layman,    1572 St. Francis Avenue,    Modesto, Ca 95356
3568145*     JP Morgan Chase Bank, N.A.,    PO Box 24696,    Columbus, OH 43224-0696
3568148*    +Marcus and Jeanette Haney,    2243 Kaufman Road,    Oakdale, Ca 95361-8008
3568149*    +Marcus and Jeanette Haney,    2243 Kaufman Road,    Oakdale, Ca 95361-8008
3568150*    +Marcus and Jeanette Haney,    2243 Kaufman Road,    Oakdale, Ca 95361-8008
3568151*    +Marcus and Jeanette Haney,    2243 Kaufman Road,    Oakdale, Ca 95361-8008
3568154*    +Roger and Marleta Haney,    1442 St Francis Avenue,    Modesto, Ca 95356-9129
3568155*    +Roger and Marleta Haney,    1442 St Francis Avenue,    Modesto, Ca 95356-9129
3568156*    +Roger and Marleta Haney,    1442 St Francis Avenue,    Modesto, Ca 95356-9129
3568157*    +Roger and Marleta Haney,    1442 St Francis Avenue,    Modesto, Ca 95356-9129
                                                                                TOTALS: 1, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2015                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2015 at the address(es) listed below:

```
          David W Criswell    on behalf of Interested Party    Revitalization Partners, L.L.C., General
           Receiver for certain assets of River-Bluff Enterprises, Inc. (Kittitas Co Sup Ct #12-2-00169-6) ,
           swylen@balljanik.com
          Gary W Dyer    on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
          Gary W Dyer^   on behalf of U.S. Trustee    US Trustee Gary.W.Dyer@usdoj.gov
          Gregory R Fox    on behalf of Creditor    U.S. Bank National Association, as Trustee for the
           Registered Holders of WaMu Commercial Mortgage Securities Trust 2007-SL3, Commercial Mortgage
           Pass-Through Certificates, Series 2007-SL3 FoxG@Lanepowell.com,ANazar@Polsinelli.com,
           TBackus@Polsinelli.com,  stephensont@lanepowell.com,hunterj@lanepowell.com,norbya@lanepowell.com
          James A Perkins    on behalf of Debtor    River-Bluff Enterprises Inc. jim@lbplaw.com,
           sonia@lbplaw.com
          James A Perkins    on behalf of Creditor Roger  Haney, et ux, et al jim@lbplaw.com,
           sonia@lbplaw.com
          John R Knapp, Jr    on behalf of Creditor    U.S. Bank N.A. john.knapp@millernash.com,
           kalen.daniels@millernash.com
          Metiner G Kimel    on behalf of Accountant    Culbertson Jordan mkimel@mkimellaw.com,
           roberta@mkimellaw.com;julie@mkimellaw.com
          Metiner G Kimel    on behalf of Debtor    River-Bluff Enterprises Inc. mkimel@mkimellaw.com,
           roberta@mkimellaw.com;julie@mkimellaw.com
          Teresa H Pearson    on behalf of Creditor    U.S. Bank N.A. teresa.pearson@millernash.com,
           lisa.conrad@millernash.com;brenda.hale@millernash.com
          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
                                                                                             TOTAL: 11
```



Form: ntccpln
Rev: 01/06/2012

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:  Case Number: **14−00843−FLK11**

**River−Bluff Enterprises Inc.**  Chapter: **11**
(Debtor)

NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

To: All Parties in Interest

PLEASE TAKE NOTICE that the plan identified below has been confirmed in the above−entitled case:

Plan proposed by: Debtor In Possession

Date plan filed: 1/20/2015

Date order of confirmation entered: 4/13/2015

PLEASE FURTHER TAKE NOTICE that pursuant to LBR 3022−1, seven (7) days following the filing of the final account, the final decree will be entered and the case shall be closed unless a motion is filed requesting that the final decree not be so entered.

If a final account has not been filed within one hundred eighty (180) days following the confirmation of the plan, a final decree may be entered and the case closed unless a party in interest has filed a written objection.

Date: April 13, 2015  CLERK OF COURT

 /s/ Nydia Urlacher

Deputy Clerk