LF 2016D (9/12)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: River-Bluff Enterprises, Inc.      )
                                          )   Case No. 14-00843
                                          )
                                          )   **ORDER AWARDING COMPENSATION**
                                          )   **FOR SERVICES RENDERED AND**
                                          )   **REIMBURSEMENT OF EXPENSES**
                        Debtor(s)         )   **PURSUANT TO 11 U.S.C. §330 or §331**

THIS MATTER HAVING come before the Court on the # 3 (☒ interim ☐ final) application of Kimel Law Offices dated 03/31/2015, docket # 310, notice docket # 311 and certificate of service docket # 312, for an order allowing compensation for services rendered and reimbursement of expenses in the above entitled case; and the court being fully advised in the premises:

NOW THEREFORE the below listed amounts are hereby allowed and awarded as compensation and reimbursement pursuant to 11 USC §330 or §331 to the above-named applicant and are authorized to be disbursed or transferred from funds of the above entitled estate, subject to the availability of funds and the provision of any confirmed plan. *

| | |
|---|---|
| Compensation in the amount | $ 11902.50 |
| Reimbursement in the amount of | $ 0.00 |
| TOTAL | $ 11902.50 |

\* If for first application, includes compensation earned pre-petition and filing fees and other costs incurred pre-petition.

LF 2016D (5/05)

Summary of all prior awards on previous applications:

    Compensation    $ 32887.50
    Reimbursement    $ 1312.00
    Total    $ 34100.50

Disbursement information for this award:

    Received directly from debtor by application
        (if for first application)    $
    To be paid by transfer from attorney trust account:  $ 11902.50
    To be paid by trustee    $
    Total    $ 11902.50

///End of Order///

Presented by:

/s/ Metiner G Kimel
(Signature/address/phone)

Kimel Law Offices
205 N. 40th Ave., Ste 205
Yakima, Wa 98908
(509) 452-1115

ORDER AWARDING COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §330 or §331 - 1